**1**

Ensebro MAZA, alias Sugar, et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit. January 25, 1928.

No. 4997.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

Pat Whitaker, of Tampa, Fla., for plaintiffs in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The above numbered and entitled cause coming on to be heard, comes the defendant in error therein and confesses that in the record and proceedings of the court below therein there is reversible error. Because of such error so confessed, it is ordered and adjudged that the judgment of said District Court in said cause be and the same is reversed, and that said cause be remanded to said District Court, with direction that a new trial thereof be granted.

---

**2**

MIDLAND LINSEED PRODUCTS COMPANY, Libelant-Appellee, v. IMPORTERS' & EXPORTERS' INSURANCE COMPANY OF NEW YORK, Respondent-Appellant; Lighter Melbourne; Atlantic Lighterage Corporation, Impleaded, Claimant-Appellee.

Circuit Court of Appeals, Second Circuit. December 19, 1927.

No. 88.

Appeal from the District Court of the United States for the Southern District of New York.

Duncan & Mount, of New York City (Joseph K. Inness, of New York City, of counsel), for appellant.

Everett, Clarke & Benedict, of New York City (Herman S. Hertwig and John P. Allee, both of New York City, of counsel), for libelant-appellee.

Macklin, Brown, Lenahan & Speer, of New York City (Pierre M. Brown, of New York City, of counsel), for claimant-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**3**

MORGAN HILL PAVING COMPANY, Plaintiff in Error, v. D. W. IRELAND, Doing Business as Gulf Construction Company, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit. February 20, 1928.

No. 5011.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

Allen C. Clements and George H. Craven, both of Ft. Myers, Fla., for plaintiff in error.

E. Dixie Beggs, of Ft. Myers, Fla., for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

---

**4**

NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Plaintiff in Error, v. George EPSTEIN, Defendant in Error.

Circuit Court of Appeals, Second Circuit. January 16, 1928.

No. 111.

In Error to the District Court of the United States for the Southern District of New York.

John M. Gibbons, of New York City (E. R. Brumley and E. J. Moore, both of New York City, of counsel), for plaintiff in error.

John C. Robinson, of New York City (Morris A. Wainger, of New York City, of counsel), for defendant in error.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.